**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| GIANNI PIGNETTI AND JENNIFER PIGNETTI, | : Nos. 38 & 39 EAL 2023 |
| | : |
| | : |
| Petitioners | : Petition for Allowance of Appeal |
| | : from the Order of the |
| | : Commonwealth Court |
| v. | : |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| DEPARTMENT OF TRANSPORTATION, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2023, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:

(1)    Did the Commonwealth Court err in disregarding established precedent by adding requirements to Eminent Domain Code Section 705 that are not contained in and are contrary to the clear wording of that Section[?]

(2)    Did the Commonwealth Court err in reversing the Trial Court's application of Eminent Domain Code Section 705 when Condemnees met the clear requirements of that Statute[?]